**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------X
IN RE APPLICATION OF BM BRAZIL 1 FUNDO DE
INVESTIMENTO EM PARTICIPAÇÕES
MULTISTRATÉGIA, BM BRAZIL 2 FUNDO DE
INVESTIMENTO EM PARTICIPAÇÕES
MULTISTRATÉGIA, AND ANRH COOPERATIEF U.A.
FOR AN ORDER SEEKING DISCOVERY PURSUANT
TO 28 U.S.C § 1782
-----------------------------------------------------------------------------X

23 Misc. 208 (JGLC) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

In view of the upcoming schedule for depositions and trial, the Court anticipates deciding the instant dispute (*see* Dkt. Nos. 59, 62) on the basis of the parties' letter submissions and accompanying declarations, rather than receiving more formal briefs. Accordingly, the normal page limits for letter submissions shall not apply. Sibanye may have up to six single-spaced pages for its response due by Wednesday, April 17, 2024. Appian shall have until Friday, April 19, 2024 to submit a reply, if it wishes, of up to three single-spaced pages. The Court will hold oral argument on the motion at Docket Number 59 on Thursday, April 25, 2024 at 10 a.m. in Courtroom 9A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

DATED: New York, New York
April 12, 2024

_____
GARY STEIN
United States Magistrate Judge