UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE APPLICATION OF BM BRAZIL 1 FUNDO DE
INVESTIMENTO EM PARTICIPAÇÕES
MULTISTRATÉGIA, BM BRAZIL 2 FUNDO DE
INVESTIMENTO EM PARTICIPAÇÕES
MULTISTRATÉGIA, AND ANRH COOPERATIEF U.A.
FOR AN ORDER SEEKING DISCOVERY PURSUANT
TO 28 U.S.C § 1782
------------------------------------------------------------------------X

23 Misc. 208 (JGLC) (GS)

ORDER

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of the parties' competing letters and accompanying declarations concerning Appian's motion to compel. (*See* Dkt. Nos. 59-61, 65-70). Having begun its review of these materials in advance of oral argument on Thursday, April 25, 2024, the Court has decided to conduct an *in camera* review of the 32 unique documents that Sibanye and Moelis seek to withhold as privileged. The Court would like to conduct that review prior to oral argument. Therefore, counsel for Sibanye and Moelis are ORDERED to coordinate and provide these documents as soon as possible by (1) emailing electronic copies to the Court's chambers email address and (2) sending two hard copies by overnight delivery to chambers.

**SO ORDERED.**

DATED:   New York, New York
         April 22, 2024

_____
GARY STEIN
United States Magistrate Judge